IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SECURA Insurance Company, f/k/a SECURA INSURANCE, a Mutual Company, a Wisconsin Insurance Company, | ) ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 23-cv-3024 |
| CHATHAM TUMBLING & TRAMPOLINE, INC., JENNIFER McNEW, and POWERWORKS FITNESS, LLC, | ) ) ) ) ) | |
| Respondents, | ) ) | |
| and | ) ) | |
| DENISE MINNIS, as Guardian of ALANNA BADER, a Disabled Person, | ) ) ) | |
| Necessary Party. | ) | |

THIS CAUSE coming to be heard on the FRCP Rule 55(b)(2) Motion for the Entry of Default Judgement filed by the Petitioner, SECURA Insurance Company, f/k/a SECURA INSURANCE, a Mutual Company ("SECURA") against the Respondents, Chatham Tumbling & Trampoline, Inc. ("Chatham") and Jennifer McNew, and the Necessary Party, Denise Minnis as Guardian of Alanna Bader, a disabled person, and its Motion for the Entry of Declaratory Judgment against all parties, IT IS HEREBY ORDERED as follows:

1. This Court finds that SECURA issued insurance policy number CP 003240487, effective July 1, 2015 through July 1, 2016, to Chatham as the Named Insured ("the SECURA Policy"). The SECURA Policy was in effect on August 8, 2015, the date of Alanna Bader's alleged accident. Chatham, Jennifer McNew and Powerworks Fitness, LLC are insureds under the SECURA Policy. The SECURA Policy contains an endorsement titled "Exclusion – Athletic or Sports Participants" in form CG 21 01 11 85 and another endorsement titled "Exclusion – Sports and Stunts" in form SGE 2108 1001.

2. This Court finds that the exclusion present in the endorsement titled "Exclusion – Athletic or Sports Participants" in form CG 21 01 11 85 in the SECURA Policy applies to preclude coverage under the SECURA Policy for all of the claims asserted against Chatham, Jennifer McNew and/or Powerworks Fitness, LLC regarding Alanna Bader's alleged August 8, 2015 accident in an underlying litigation filed by Denise Minnis, as the Guardian of Alanna Bader, in the Seventh Judicial Circuit, Sangamon County, Illinois, Case No. 2022 LA 00019 ("the Minnis/Bader Lawsuit").

3. Based on the finding in Paragraph 2, this District Court enters JUDGMENT in favor of SECURA on Count I of SECURA's Amended Petition. This Court further declares that SECURA does not owe a duty to defend or indemnify Chatham, Jennifer McNew and/or Powerworks Fitness, LLC for the claims that are asserted against them in the Minnis/Bader Lawsuit.

4. This Court finds that the exclusion present in the endorsement titled "Exclusion – Sports and Stunts" in form SGE 2108 1001 applies to preclude coverage under the SECURA Policy for all of the claims asserted against Chatham, Jennifer McNew and/or

Powerworks Fitness, LLC regarding Alanna Bader's alleged August 8, 2015 accident in the Minnis/Bader Lawsuit.

5. Based on the finding in Paragraph 4, this Court enters JUDGMENT in favor of SECURA on Count II of SECURA's Amended Petition. This District Court further declares that SECURA does not owe a duty to defend or indemnify Chatham, Jennifer McNew and/or Powerworks Fitness, LLC for the claims that are asserted against them in the Minnis/Bader Lawsuit.

6. This Declaratory Judgment Order resolves all matters in SECURA's Amended Petition and is a final and appealable Order.

ENTER: January 31, 2024

                                                  /s/ Colleen R. Lawless
                                                  COLLEEN R. LAWLESS
                                                  UNITED STATES DISTRICT JUDGE