Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| Secura Insurance Company, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| Chatham Tumbling & Trampoline, Inc., | ) |
| Jennifer McNew, and | )   Case Number: **23-CV-3024** |
| Powerworks Fitness, LLC, | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| Denise Minnis and Alanna Bader, | ) |
| | ) |
| **Interested Parties.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Plaintiff Secura Insurance Company on Counts I and II of the Amended Complaint. SECURA does not owe a duty to defend or indemnify Defendants Chatham Tumbling & Trampoline, Inc., Jennifer McNew and/or Powerworks Fitness, LLC for the claims that are asserted against them in the Minnis/Bader Lawsuit. This case is terminated.

**Dated: 1/31/2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court